"O"

FILED

JUL 29 2008

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHAEL ROBINSON,<br><br>    Petitioner,<br><br>    v.<br><br>JAY WALKER, Warden,<br><br>    Respondent. | Case No. EDCV 08-0680-DSF (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files herein, and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge and the Final Report and Recommendation to which objections were addressed. The Court accepts and adopts the findings and recommendations in the Report and Recommendations except:

Page 2, line 11: "28 U.S.C. § 2241(d)(1)(D)" should be "28 U.S.C. § 2244(d)(1)(D)";

Page 3, line 2: "1044" should be "1045";

Page 3, line 9: "731" should be "750."

The Court orders that judgment be entered dismissing the petition with prejudice.

1 | IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2 | Order and the Judgment on all parties.
3
4
5 | Dated: 7-25-08
6
7 | _____
8 | Dale S. Fischer
  | United States District Judge