Ent JS-6

**FILED**
JUL 29 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHAEL ROBINSON, | Case No. EDCV 08-0680-DSF (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| JAY WALKER, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition herein is dismissed with prejudice.

Dated: 7-25-08

Dale S. Fischer
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY